ERNEST HOLZBERG, Appellant, v. CHARLES ROTHENBERG et al., Respondents.—

Brennan, Acting P. J., Rabin, Hopkins, Benjamin and Nolan, JJ., concur.